SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL



Case No.   CV 06-08255-MMM(JWJx)                                           Date   April 9, 2007

Title   Joseph Ratkovic vs. Northrop Gruman Corporation Eployee Welfare Benefit Plan, et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sara Smith Ray | Russell Gomm |

**Proceedings:**   SCHEDULING CONFERENCE

Scheduling conference is held and counsel are present.

The parties are ordered to a private mediator based upon a stipulation of the parties to be completed no later than October 12, 2007. See Order/Referral to ADR Pilot Program.

After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Deadline to file motions/stipulations seeking amendment of pleadings: | May 7, 2007 |
| Further telephone status conference: | August 1, 2007 at 5:00 p.m. |
| Fact discovery cut-off: | July 2, 2007 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | September 17, 2007 at 10:00 a.m. |
| Pretrial Conference: | October 15, 2007 at 9:00 a.m. |
| **(Including motions in limine)** | |
| Court Trial: | November 13, 2007 at 8:30 a.m. |

Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.

#13

00 : 12

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk AH |
|---|---|---|