Sara Smith Ray (State Bar No. 140564)
ALTMAN & RAY
20700 Ventura Boulevard, Suite 128
Woodland Hills, California 91436
(818) 907-6900 – Telephone
(818) 907-6906 - Facsimile
sray@altmanray.com

Attorneys for Plaintiff: JOSEPH RATKOVIC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH A. RATKOVIC, | Case No. CV06-8255-MMM (JWJx) |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINING THE BRIEFING SCHEDULE AND TRIAL DATE |
| vs. | |
| NORTHROP GRUMMAN CORPORATION EMPLOYEE WELFARE BENEFIT PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA, METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

WHEREAS, the parties have scheduled a Settlement Conference with Denise Madigan, Esq., of ADR Services to take place on November 9, 2007;

WHEREAS, the Court has scheduled briefing in this matter as follows:

Pre-Trial Conference scheduled for October 15, 2007;

Trial on the Administrative Record scheduled for November 13, 2007

The parties stipulate that the standard of review in this matter is abuse of discretion and therefore request that the Pre-Trial Conference be vacated. Due to plaintiff's counsel schedule and that of the mediator, the settlement conference was continued to from October 9, 2007 to November 9, 2007.

1

1     WHEREAS, the parties wish to complete mediation, the parties request that
2 the Court continue the pre-trial and trial dates so that the parties may explore fully
3 the possibility of resolving this matter prior to trial
4     The parties hereby stipulate by and through their counsel of record that the
5 case management dates in this matter be extended approximately 45 days so that the
6 Settlement Conference before Ms. Madigan can proceed on November 9, 2007.

7 Dated: 10/7/07     MESERVE, MUMPER & HUGHES LLP
    LINDA M. LAWSON
8     RUSSELL G. GOMM

10 By: _____
    Russell G. Gomm
11     Attorneys for Defendants
12     UNUM LIFE INSURANCE COMPANY OF AMERICA
    and NORTHROP GRUMMAN CORPORATION
13     WELFARE BENEFITS PLAN, erroneously sued herein as
14     NORTHROP GRUMMAN CORPORATION
    EMPLOYEE WELFARE BENEFIT PLAN

16 Dated: 10/8/07     ALTMAN & RAY LLP
    SARA SMITH RAY

18 By: _____
    Sara Smith Ray
19     Attorney for Plaintiff
    JOSEPH RATKOVIC

## ORDER

IT IS SO ORDERED. The case management dates are hereby continued as follows: *SEE Attachment.*

~~Pre-Trial Conference of October 15, 2007, is hereby vacated;~~

~~Trial date of November 13, 2007 is hereby continued to December 11, 2007.~~

Date: *OCTOBER 10, 2007*

_____
Honorable District Court Judge Margaret M. Morrow

2

## **ATTACHMENT**

The case management dates are hereby continued as follows:

1. Pretrial Conference of October 15, 2007 is hereby vacated;

2. Trial date of November 13, 2007 is hereby vacated;

3. The date for filing opening trial briefs and defendant to file administrative record is December 11, 2007.

4. The date for filing responsive trial briefs is January 15, 2008.

If the court requires oral argument, it will set a hearing date following its review of the trial briefs.