JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. RATKOVIC,<br><br>           Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN<br>CORPORATION EMPLOYEE<br>WELFARE BENEFIT PLAN<br><br>           Defendants. | ) CASE NO. CV 06-08255 MMM (JWJx)<br>)<br>)<br>) JUDGMENT FOR PLAINTIFF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On February 20, 2009, the court issued its findings of fact and conclusions of law following an administrative record trial pursuant to Rule 52 of the Federal Rules of Civil Procedure. Based on those findings of fact and conclusions of law,

IT IS ORDERED AND ADJUDGED

1. That the disability claim of plaintiff Joseph Ratkovic is remanded to defendant Northrop Grumman Corporation Employee Welfare Benefit Plan, and its claims administrator, UNUM Life Insurance Company of America, for further review consistent with the court's findings of fact and conclusions of law; and

2.   That this action be, and it hereby is, dismissed.

DATED: February 20, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE